

No. 13–0671/AR. U.S. v. Shawn M. Hines. CCA 20120024. Appellant's motion to file the supplement to the petition for grant of review out of time is denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's *third* motion to extend time to file a brief is granted to October 21, 2013.

No. 14–0061/AR. U.S. v. Gareth A. Drummond. CCA 20110400. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0062/AF. U.S. v. Charles N. Yohe. CCA 37950. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0063/AF. U.S. v. Jacinta–Marie R. Tompkins. CCA 37627. Appellant's motion to extend time to file the supplement to. the petition for grant of review granted to October 15, 2013.

Thursday, September 26, 2013

